# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PENNSYLVANIA SERVICES CORPORATION, TRADING AS EMERALD COAL RESOURCES, LP, AND PENNSYLVANIA LAND HOLDINGS COMPANY, LLC,

Respondents

v.

TEXAS EASTERN TRANSMISSION, LP,

Petitioner

: No. 497 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.